IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIERA MANNING, | No. C 10-2209 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| AIS SERVICES, | |
| Defendant. | |

On September 3, 2010, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-titled action.

Accordingly, plaintiff is hereby ordered to show cause, in writing, filed with the Court no later than September 17, 2010, why the case should not be dismissed for failure to prosecute.

If plaintiff fails to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  September 7, 2010

MAXINE M. CHESNEY
United States District Judge