**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11    TIERA MANNING,                                    No. C 10-2209 MMC
12              Plaintiff,                              **ORDER EXTENDING DEADLINE TO
                                                        SHOW CAUSE WHY ACTION SHOULD
13       v.                                             NOT BE DISMISSED**; **DIRECTIONS TO
                                                        CLERK**
14    AIS SERVICES,
15              Defendant
16    _____/
17
              On September 7, 2010, the Court issued an Order to Show Cause ("OSC") directing
18
      plaintiff Tiera Manning to show cause, in writing and no later than September 21, 2010, why
19
      the above-titled action should not be dismissed in light of plaintiff's failure to appear as
20
      ordered at the Case Management Conference scheduled for September 3, 2010.  Plaintiff
21
      did not respond to the OSC, but, instead, filed a motion for entry of default judgment on
22
      September 17, 2010.  On September 24, 2010, the Court denied the motion for entry of
23
      default judgment as premature and found the motion to be an insufficient response to the
24
      OSC.  Nonetheless, the Court extended plaintiff's time to respond to the OSC until October
25
      7, 2010.
26
              The Court has been notified by the Clerk of the Court that service of the above
27
      orders was not accomplished at plaintiff's address of record as the mailing was returned by
28
      the United States Postal Service as undeliverable.  Although plaintiff used a different

1  address in her September 17, 2010 motion, she did not file, and, to date, has not filed, a

2  Notice of Change of Address.

3      The Court reminds plaintiff that it is her responsibility to notify the Court and all

4  opposing parties of any change in address while this action is proceeding.  See Civil L. R.

5  3-11 (noting a party "must promptly file with the Court and serve upon all opposing parties a

6  Notice of Change of Address specifying the new address").

7      Nonetheless, the Court will extend plaintiff's time to respond to the OSC.  Plaintiff's

8  response, which must be in the form of a declaration signed under penalty of perjury, shall

9  be filed no later than December 3, 2010.

10     The Clerk shall serve this order, as well as copies of the September 7, 2010 Order to

11 Show Cause and the September 24, 2010 Order Extending Deadline to Show Cause Why

12 Action Should Not be Dismissed, at the address provided by plaintiff in plaintiff's September

13 17, 2010 motion for entry of default judgment, specifically:  3100 Lumby Drive, Apt 716,

14 Decatur, Georgia 30034, and shall substitute said address in place of plaintiff's current

15 address of record.

16     **IT IS SO ORDERED.**

17

18 Dated: November 15, 2010

    MAXINE M. CHESNEY

19  United States District Judge

20

21

22

23

24

25

26

27

28