IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIERA MANNING,

        Plaintiff,

  v.

AIS SERVICES,

        Defendant.
_____/

No. CV-10-2209 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED for failure to prosecute.

Dated: December 10, 2010

                                          Richard W. Wieking, Clerk

                                          */s/ Tracy Lucero*

                                          By: Tracy Lucero
                                          Deputy Clerk